IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Criminal No. 4:18CR00026 |
| v. | ) | INFORMATION |
| | ) | |
| STACY SHARPE BRANCH | ) | Violations: |
| | ) | 21 U.S.C. § 843(a)(3) |

The United States Attorney charges:

### COUNTS ONE-THREE
### (Possession of a controlled substance by forgery)

1. On or about the dates listed below, in the Western District of Virginia, the defendant STACY SHARPE BRANCH, did knowingly and intentionally acquire and obtain possession of controlled substances, as listed below, by misrepresentations, fraud, forgery, deception, and subterfuge:

| Count | Date | Prescription Number | Prescription | Number of Pills |
|---|---|---|---|---|
| 1 | March 19, 2016 | 6168261 | Hydrocodone/Acetaminophen | 20 |
| 2 | September 02, 2016 | 04094130 | ~~Oxycodone HCl~~ MMM ALIS Ultram/Tramadol | 30 |
| 3 | September 09, 2016 | 02080853 | Hydrocodone/Acetaminophen | 30 |

2. All in violation of Title 21, United States Code, Section 843(a)(3).

Date: 9-14-18

THOMAS T. CULLEN
UNITED STATES ATTORNEY